UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ricardo Velasquez,<br><br>      Plaintiff,<br><br>   v.<br><br>Tamy Décor Corp. et al.,<br><br>      Defendants. | 25-CV-5159 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

  On July 17, 2025, Plaintiff filed affidavits of service. *See* ECF Nos. 9, 10. Defendants' answers were due on July 28, 2025. That date has now passed, and Defendants have yet to appear.

  Accordingly, by August 28, 2025, Plaintiff is hereby ORDERED to file on ECF a letter updating the Court on the status of the case. The letter shall address (1) whether this case has settled or otherwise been terminated, (2) whether there have been any communications with the Defendants, and (3) whether Plaintiff intends to move for default judgment or to voluntarily dismiss this case.

  SO ORDERED.

Dated: August 21, 2025
   New York, New York

                         DALE E. HO
                         United States District Judge