UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ricardo Velasquez,<br><br>                    Plaintiff,<br><br>         v.<br><br>Tamy Decor Corp. et al.,<br><br>                    Defendants. | 25-CV-5159 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

By Order dated August 21, 2025, the Court instructed Plaintiff "to file on ECF a letter updating the Court on the status of the case." ECF No. 11. The Court asked that the letter address "(1) whether this case has settled or otherwise been terminated, (2) whether there have been any communications with the Defendants, and (3) whether Plaintiff intends to move for default judgment or to voluntarily dismiss this case." *Id*. The Order required Plaintiff to submit said letter by August 28, 2025. *Id*. As of September 4, 2025, Plaintiff has filed no such letter. Accordingly, if the Court does not receive any communication from Plaintiff by **September 11, 2025**, the Court will dismiss this matter for failure to prosecute without further notice.

SO ORDERED.

Dated: September 4, 2025
       New York, New York

                                                    DALE E. HO
                                                    United States District Judge