UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Velasquez,<br><br>      Plaintiff,<br><br>    v.<br><br>Tamy Decor Corp., d/b/a Redecor Home Decorations, et al,<br><br>      Defendants. | 25-CV-5159 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  By Order dated September 12, 2025, Plaintiff was granted an extension until October 26, 2025 to file proof of service on or a motion requesting an extension of time to serve Defendant 500 East 183rd Realty Corp. Plaintiff was advised that the Court will dismiss claims against the remaining Defendant pursuant to Rule 4(m) if Plaintiff failed to comply with the September 12 Order.

  Plaintiff has not filed proof of service or a motion seeking an extension. Therefore, all claims against Defendant 500 East 183rd Realty Corp. are **DISMISSED**. The Clerk of Court is respectfully directed to terminate Defendant 500 East 183rd Realty Corp. from the case.

  SO ORDERED.

Dated: November 6, 2025
   New York, New York

                   DALE E. HO
                 United States District Judge