UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Velasquez,<br><br>       Plaintiff,<br><br>    v.<br><br>Tamy Decor Corp., d/b/a Redecor Home Decorations, et al,<br><br>       Defendants. | 25-CV-5159 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  By Order dated September 12, 2025, Plaintiff was *sua sponte* granted an extension until October 26, 2025 to file proof of service on or a motion requesting an extension of time to serve Defendant 500 East 183rd Realty Corp. Plaintiff was advised that the Court would dismiss claims against the remaining Defendant pursuant to Rule 4(m) if Plaintiff failed to comply with the September 12 Order. Plaintiff did not comply with the Court's order. On November 6, 2025, the Court dismissed all claims against Defendant 500 East 183rd Realty Corp. and terminated the Defendant from the case.

  Shortly thereafter, Plaintiff filed proof of service, dated September 11, 2025, on the docket and seeks to have Defendant 500 East 183rd Realty Corp. reinstated.

  Although Plaintiff has missed several deadlines in this matter, the Court hereby **VACATES** the November 6, 2025 Order terminating Defendant 500 East 183rd Realty Corp. from the case. The Clerk of Court is respectfully directed to reinstate 500 East 183rd Realty Corp. as a Defendant.

2

    Plaintiff is reminded that failure to comply with deadlines may result in sanctions and/or dismissal for failure to prosecute.

    SO ORDERED.

Dated: November 7, 2025
       New York, New York

_____
DALE E. HO
United States District Judge