UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Velasquez,<br><br>                              Plaintiff,<br><br>                    v.<br><br>Tamy Decor Corp. et al,<br><br>                              Defendants. | 25-CV-5159 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

Plaintiff has represented by affidavit that it served Defendants on September 11th and 15th, making the answer deadlines October 2nd and October 6th.  ECF Nos. 16-17.  However, Plaintiff did not file proof of service until November 6, 2025.  ECF No. 18.  Even assuming service had not occurred until that date, the deadline to answer or otherwise respond has passed. Plaintiff may move for a default judgment against Defendants by December 16, 2025.  In the alternative, Plaintiff may file a letter explaining why they do not intend to move for default judgment, indicating whether there has been any contact with Defendants and/or whether Plaintiff intends to voluntarily dismiss the case.  Default-judgment procedures are described in Paragraph 8.L of the Court's Individual Practices in Civil Cases.  If the Plaintiff fails to move for a default judgment or file a letter stating reasons for not doing so by that date, the case will be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated: December 2, 2025
       New York, New York

_____
DALE E. HO
United States District Judge